IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,                           CIV. NO. S-10-3100 GEB GGH

    vs.

BOUNCING 4 FUN, et al.,

    Defendants.                       ORDER
_____/

        Plaintiffs' motion for default judgment presently is calendared for hearing on April 21, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 21, 2011 hearing on the motion for default judgment, filed March 13, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: April 11, 2011

                                            /s/ Gregory G. Hollows
                                            U. S. MAGISTRATE JUDGE