UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Disney Enterprises, Inc., et al.,**            **DEFAULT JUDGMENT**

   v.

                                     Case No. CIV S-10-cv-3100 GEB GGH

**Bouncing 4 Fun, et al.,**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Bouncing 4 Fun and Victoria Millhouse**

October 12, 2011

                                      VICTORIA C. MINOR, CLERK


                                      By:   *A. Benson*
                                      A.Benson, Deputy Clerk