**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" STREET**
**SACRAMENTO, CA  95814**

**Disney Enterprises, Inc., et al.,**

     **v.**

**Bouncing 4 Fun, et al.,**

_____

**DEFAULT JUDGMENT**

**Case No. CIV S-10-cv-3100 GEB GGH**

     **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

     **Bouncing 4 Fun and Victoria Millhouse**

October 12, 2011

     VICTORIA C. MINOR, CLERK

     By:  _A. Benson_
     A.Benson, Deputy Clerk